Richard S. Busch (SBN 319881)
E-Mail: *rbusch@kingballow.com*
**KING & BALLOW**
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (424) 253-1255
Facsimile: (888) 688-0482

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dwight Yoakam, an individual.<br><br>          PLAINTIFF,<br><br>vs.<br><br>Warner Music Group Corp., a Delaware Corporation; Warner Records, Inc., a Delaware Corporation; and Rhino Entertainment Company, a Delaware Corporation.<br><br>          DEFENDANTS. | Case No. 2:21-cv-1165 SVW-MAA<br><br>Honorable Steven V. Wilson<br><br>**PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT AND OTHER INITIATING DOCUMENTS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: February 9, 2021 |

Dated: February 17, 2021                    **KING & BALLOW**

                                        By:   /s/ Richard S. Busch
                                              Richard S. Busch

---

| Attorney or Party without Attorney:<br>Richard S Busch, Esq.<br>KING & BALLOW LAW OFFICES<br>1999 Avenue of the Stars, Suite 1100<br>Century City, CA 90067<br>   Telephone No:   424-253-1255<br>   Attorney For:   Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Central District of California |
|---|
| Plaintiff:   Dwight Yoakam<br>Defendant:   Warner Music Group Corp,. et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:21-cv-01165-SVW (MAAx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Report on the Filing or Determination of an Action of Appeal Regarding a Copyright; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; New Case Order

3. a.  Party served:        Warner Records Inc., a Delaware Corporation
   b.  Person served:       Gabriela Sanchez, Intake Specialist, CT Corporation System, Registered Agent,
                            served under F.R.C.P. Rule 4.

4. Address where the party was served:    818 W 7th St Suite 930, Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 11 2021 (2) at: 01:50 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)            d. *The Fee* for Service was:
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**



02/12/2021
_(Date)_                                              _(Signature)_



PROOF OF SERVICE

5350469
(339670)