Richard S. Busch (SBN 319881)
E-Mail: *rbusch@kingballow.com*
**KING & BALLOW**
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (424) 253-1255
Facsimile: (888) 688-0482
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dwight Yoakam, an individual.<br><br>PLAINTIFF,<br><br>vs.<br><br>Warner Music Group Corp., a Delaware Corporation; Warner Records, Inc., a Delaware Corporation; and Rhino Entertainment Company, a Delaware Corporation.<br><br>DEFENDANTS. | Case No.: 2:21-cv-1165 SVW-MAA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY DAYS (L.R. 8-3)**<br><br>Complaint served: February 11, 2021<br>Initial response date: March 4, 2021<br>Current response date: March 18, 2021<br>New response date: March 29, 2021 |

1
STIPULATION TO EXTEND TIME TO RESPOND

# STIPULATION

Plaintiff Dwight Yoakam ("Plaintiff") and Defendants Warner Music Group Corp., Warner Records Inc., and Rhino Entertainment Company (jointly "Defendants") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint (the "Complaint") against Defendants on February 9, 2021.

WHEREAS, Plaintiff served the Complaint on Defendants on February 11, 2021.

WHEREAS, Plaintiff agreed to permit Defendants an extension of two weeks to answer or otherwise respond to the Complaint.

WHEREAS, under Rule 12 of the Federal Rules of Civil Procedure, Defendants' answer or other response is due on or before March 18, 2021.

WHEREAS, on February 12, 2021 Plaintiff and Defendants had a telephonic conference pursuant to Local Rule 7-3 wherein Defendants informed Plaintiff of their intent to file a Motion to Dismiss the Complaint.

WHEREAS, Plaintiff and Defendants met and conferred regarding Plaintiff's intention to file an Amended Complaint.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that Defendants shall have an extension of time, to and including March 29, 2021 to answer or otherwise respond to the Complaint.

Dated: March 16, 2021         KING & BALLOW

                              By: */s/ Richard S. Busch*
                              Richard S. Busch
                              *Attorneys for Plaintiff*

Dated: March 16, 2021         SIDLEY AUSTIN LLP

By: */s/ Rollin A. Ransom*
Rollin A. Ransom
*Attorneys for Defendants*

### SIGNATURE ATTESTATION

I am the CM/ECF filer whose identification and password are being used to file the foregoing Stipulation To Extend Time To Respond To Initial Complaint By Not More Than Thirty Days (L.R. 8-3). In compliance with Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that every signatory has concurred in this filing.

Dated: March 16, 2021         */s/ Richard S. Busch*
Richard S. Busch