# EXHIBIT 1

LAW OFFICES

# JACKOWAY AUSTEN TYERMAN WERTHEIMER MANDELBAUM MORRIS BERNSTEIN TRATTNER & KLEIN

A PROFESSIONAL CORPORATION

1925 CENTURY PARK EAST, 22ND FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-0305

AYOKANMI O. ADEYEYE
ORI ADRABI
MICHAEL A. AUERBACH
KARL R. AUSTEN
SHADI BAKHTIARI
JEFFREY A. BERNSTEIN*
ADAM G. COOPER
ANDREW L. GALKER
ROBERT S. GETMAN
ANDREW S. HOWARD
JEFFREY R. HYNICK
JAMES R. JACKOWAY*
KIMBERLY M. JAIME

MARISA S. KAPUST
DEBORAH L. KLEIN
RYAN S. LEVINE
MARISSA E. LINDEN
JAMES C. MANDELBAUM*
MARCY S. MORRIS
GEOFFRY W. OBLATH
EREZ J. ROSENBERG
PETER C. SAMPLE*
DARREN M. TRATTNER
BARRY W. TYERMAN
ERIC C. WEISSLER*
ALAN S. WERTHEIMER

*ALSO ADMITTED IN NEW YORK

February 5, 2019

5183.78

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Charles Hamilton
Warner Bros. Records
3300 Warner Blvd.
Burbank, CA 91505

      Re:    **Dwight Yoakam; Notice of Termination Masters and Notice of Termination Motion Pictures.**

Dear Charles:

      I am enclosing herewith one copy each of the Notice of Termination Masters and Notice of Termination Motion Pictures from Dwight Yoakam to Reprise Records and Warner Bros. Records.

      Best regards.

Cordially,

Barry W. Tyerman

BWT:sjj/Charles Hamilton - Dwight Yoakam - Notice of Termination Masters and Motion Pictures - 2.5.19.doc
Enclosure

Dwight Yoakam – Notice of Termination of Grant or Transfer

## Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

   **Reprise Records/Warner Brothers Records, Inc.**
   3300 Warner Blvd.
   Burbank, California, 91505

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| "Guitars, Cadillacs" | Dwight Yoakam | 11/22/1985 | 7/21/1986 | PA0000299689 | 7/21/2021 |
| "Honky Tonk Man" | Dwight Yoakam | 11/22/1985 | 3/3/1986 | PA0000286122 | 3/3/2021 |
| "Little Sister" | Dwight Yoakam | 11/22/1985 | 4/20/1987 | PA0000327402 | 4/20/2022 |
| "Just Lookin' For a Hit" | Dwight Yoakam | 11/22/1985 | 9/26/1989 | PA0000434403 | 9/26/2024 |
| "Long White Cadillac" | Dwight Yoakam | 11/22/1985 | 8/21/1989 | PA0000511482 | 8/21/2024 |
| "Takes a Lot to Rock You" | Dwight Yoakam | 11/22/1985 | 5/20/1991 | PA0000524525 | 5/20/2026 |
| "Heart That You Own" | Dwight Yoakam | 11/22/1985 | 4/13/1992 | PA0000585823 | 4/13/2027 |
| Thousand Miles From Nowhere"/directors Carolyn Mayer, Dwight Yoakam | Dwight Yoakam | 11/22/1985 | 5/17/1993 | PA0000626746 | 5/17/2028 |
| Ain't That Lonely Yet"/directors Carolyn Mayer, Dwight Yoakam | Dwight Yoakam | 11/22/1985 | 3/22/1993 | PA0000613829 | 3/22/2028 |

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

   The grant pursuant to the agreement between Dwight Yoakam and Warner Brothers Records, Inc., dated November 22, 1985, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

   **Dwight Yoakam** c/o Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein
   1925 Century Park East, 22nd Floor
   Los Angeles, CA  90067
   Attention:  Barry W. Tyerman, Esq.

Dwight Yoakam – Notice of Termination of Grant or Transfer

Signature of author entitled to terminate the grant

By: _____
      Dwight Yoakam – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on _____, 2019.

Please return copies of all notices to:

**Dwight Yoakam** c/o Jackoway Tyerman Wertheimer Austen Mandelbaum Morris & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA  90067
Attention:  Barry W. Tyerman, Esq.

Dwight Yoakam – Notice of Termination of Grant or Transfer

## Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**Warner Brothers Records, Inc.**
3300 Warner Blvd.
Burbank, California, 91505

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

**SEE ATTACHED SCHEDULE A**

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Dwight Yoakam and Warner Brothers Records, Inc., dated November 22, 1985, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Dwight Yoakam**
c/o Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA 90067
Attention: Barry W. Tyerman, Esq.

Signature of author entitled to terminate the grant

By: _____
Dwight Yoakam – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on _____, 2018

Dwight Yoakam – Notice of Termination of Grant or Transfer

Please return copies of all notices to:

**Dwight Yoakam**
c/o Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA  90067
Attention:  Barry W. Tyerman, Esq.

Dwight Yoakam – Notice of Termination of Grant or Transfer

### Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| "Honky Tonk Man"/"Miner's Prayer" | Dwight Yoakam | 11/22/1985 | 1/31/1986 | SR0000071004 | 1/31/2021 |
| "Guitars, Cadillacs, etc. etc." | Dwight Yoakam | 11/22/1985 | 3/3/1986 | SR0000069757 | 3/3/2021 |
| "Little Sister/This Drinkin' Will Kill Me" | Dwight Yoakam | 11/22/1985 | 3/18/1987 | SR0000080878 | 3/18/2022 |
| "Hillbilly Deluxe" | Dwight Yoakam | 11/22/1985 | 4/21/1987 | SR0000087365 | 4/21/2022 |
| "Santa Claus is Back in Town"/"Christmas Eve with the Babylonian Cowboys: featuring Jingle Bells" | Dwight Yoakam | 11/22/1985 | 11/23/1987 | SR0000088689 | 11/23/2022 |
| "Buenas Noches From a Lonely Room" [performed by] Dwight Yoakam. | Dwight Yoakam | 11/22/1985 | 8/2/1988 | SR0000094228 | 8/2/2023 |
| "Just Lookin' For a Hit" [performed by] Dwight Yoakam. | Dwight Yoakam | 11/22/1985 | 9/26/1989 | SR0000107919 | 9/26/2024 |
| "If There Was a Way" | Dwight Yoakam | 11/22/1985 | 10/30/1990 | SR0000124621 | 10/30/2025 |
| "Favorite Country Duets" | Dwight Yoakam | 11/22/1985 | 3/12/1991 | SR0000129505 | 3/12/2026 |
| "Honky Tonk Country" | Dwight Yoakam | 11/22/1985 | 3/12/1991 | SR0000130783 | 3/12/2026 |
| "This Time" | Dwight Yoakam | 11/22/1985 | 3/23/1993 | SR0000157573 | 3/23/2028 |