# EXHIBIT 2

LAW OFFICES

# JACKOWAY AUSTEN TYERMAN WERTHEIMER MANDELBAUM MORRIS BERNSTEIN TRATTNER & KLEIN

A PROFESSIONAL CORPORATION
1925 CENTURY PARK EAST, 22ND FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-0305

ORI ADRABI
MICHAEL A. AUERBACH
KARL R. AUSTEN
JEFFREY A. BERNSTEIN*
ADAM G. COOPER
ANDREW L. GALKER
ROBERT S. GETMAN
ANDREW S. HOWARD
JEFFREY R. HYNICK
JAMES R. JACKOWAY*
KIMBERLY M. JAIME
MARISA S. KAPUST
DEBORAH L. KLEIN

BAOLU LAN
RYAN S. LEVINE
MARISSA E. LINDEN
JAMES C. MANDELBAUM*
MARCY S. MORRIS
GEOFFRY W. OBLATH
EREZ J. ROSENBERG
PETER C. SAMPLE*
DARREN M. TRATTNER
BARRY W. TYERMAN
ERIC C. WEISSLER*
ALAN S. WERTHEIMER

*ALSO ADMITTED IN NEW YORK

March 26, 2021

5183.78

**VIA EMAIL; FEDEX AND**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Ms. Patti Coleman
Reprise Records/Warner Bros. Records
777 S. Santa Fe Avenue
Los Angeles, CA 90021

Re: **Dwight Yoakam; Notice of Termination Masters and Notice of Termination Motion Pictures.**

Dear Patti:

I am enclosing herewith one copy each of the Notice of Termination Masters and Notice of Termination Motion Pictures from Dwight Yoakam to Reprise Records and Warner Bros. Records.

Best regards.

Cordially,

Barry W. Tyerman

BWT:sjj/Patti Coleman - Dwight Yoakam - Notice of Termination Masters and Motion Pictures - 3-26-21
Enclosure

## Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**Reprise Records/Warner Brothers Records, Inc.**
777 S. Santa Fe Avenue
Los Angeles, CA 90021

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| "Dwight Yoakam, Pieces of Time" | Dwight Yoakam | November 22, 1985 | September 13, 1994 | PA0000706952 | September 13, 2029 |
| "Nothing, Director, Dwight Yoakam" | Dwight Yoakam | November 22, 1985 | November 3, 1995 | PA0000708195 | November 3, 2030 |

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Dwight Yoakam and Warner Brothers Records, Inc., dated November 22, 1985, as same may have been amended or extended from time to time, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Dwight Yoakam** c/o Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA 90067
Attention: Barry W. Tyerman, Esq.

Signature of author entitled to terminate the grant.

By: _____
Dwight Yoakam – Author/Composer

Dwight Yoakam – Notice of Termination of Grant or Transfer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on March 26, 2021.

Please return copies of all notices to:

**Dwight Yoakam** c/o Jackoway Tyerman Wertheimer Austen Mandelbaum Morris & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA 90067
Attention: Barry W. Tyerman, Esq.

Dwight Yoakam – Notice of Termination of Grant or Transfer

## Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**Warner Brothers Records, Inc.**
777 S. Santa Fe Avenue
Los Angeles, CA 90021

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

**SEE ATTACHED SCHEDULE A**

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Dwight Yoakam and Warner Brothers Records, Inc., dated November 22, 1985, as same may have been extended or amended from time to time, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Dwight Yoakam**
c/o Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA 90067
Attention: Barry W. Tyerman, Esq.

Signature of author entitled to terminate the grant.

By: _____
Dwight Yoakam – Author/Composer/Performer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on ___3-26-___, 2021.

Dwight Yoakam – Notice of Termination of Grant or Transfer

Please return copies of all notices to:

**Dwight Yoakam**
c/o Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA  90067
Attention:  Barry W. Tyerman, Esq.

Dwight Yoakam – Notice of Termination of Grant or Transfer

### Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| "Dwight Live/Dwight Yoakam" | Dwight Yoakam | November 22, 1985 | May 23, 1995 | SR00000193634 | May 23, 2030 |
| "Gone/Dwight Yoakam" | Dwight Yoakam | November 22, 1985 | October 31, 1995 | SR00000171160 | October 31, 2030 |