1  Richard S. Busch (SBN 319881)
   rbusch@kingballow.com
2  KING & BALLOW
   1999 Avenue of the Stars, Suite 1100
3  Los Angeles, CA 90067
   Telephone: (424) 253-1255
4  Facsimile: (888) 688-0482

5  Attorney for Plaintiff
   DWIGHT YOAKAM
6

7  Rollin A. Ransom (SBN 196126)
   rransom@sidley.com
8  Mitchell Santos (SBN 332849)
   mitchell.santos@sidley.com
9  SIDLEY AUSTIN LLP
   555 West Fifth Street
10 Los Angeles, CA 90013
   Telephone: (213) 896 6000
11 Facsimile: (213) 896 6600

12 Attorneys for Defendants
   WARNER RECORDS INC. and RHINO
13 ENTERTAINMENT COMPANY

14                     **UNITED STATES DISTRICT COURT**

15                    **CENTRAL DISTRICT OF CALIFORNIA**

16

| DWIGHT YOAKAM, an individual, | Case No. 2:21-cv-1165-SVW (MAA) |
|---|---|
| Plaintiff, | Assigned to the Hon. Stephen V. Wilson |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| WARNER RECORDS INC., a Delaware corporation; and RHINO ENTERTAINMENT COMPANY, a Delaware corporation, | |
| Defendants. | |

Pursuant to Local Rule 40-2, Plaintiff Dwight Yoakam and Defendants Warner Records Inc. and Rhino Entertainment Company hereby give notice that they have reached an agreement in principle to settle this dispute. The parties jointly request that the Court vacate the hearing set for February 14, 2022, refrain from ruling on the parties' respective motions for summary judgment (Dkt Nos. 39, 40), and permit the parties fourteen days to negotiate and finalize formal settlement documentation and submit a stipulation of dismissal.

DATED:  February 13, 2022         KING & BALLOW

                                  By: */s/ Richard Busch*
                                      Richard Busch

                                  Attorney for Plaintiff
                                  DWIGHT YOAKAM


DATED:  February 13, 2022         SIDLEY AUSTIN LLP

                                  By: */s/ Rollin A. Ransom*
                                      Rollin A. Ransom

                                  Attorneys for Defendants
                                  WARNER RECORDS INC. and
                                  RHINO ENTERTAINMENT COMPANY


The filer, Rollin A. Ransom, attests that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

                                  By: */s/ Rollin A. Ransom*
                                      Rollin A. Ransom