| | |
|---|---|
| 1 | Richard S. Busch (SBN 319881) |
| 2 | rbusch@kingballow.com<br>KING & BALLOW |
| 3 | 1999 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067 |
| 4 | Telephone: (424) 253-1255<br>Facsimile: (888) 688-0482 |
| 5 | Attorney for Plaintiff |
| 6 | DWIGHT YOAKAM |
| 7 | Rollin A. Ransom (SBN 196126) |
| 8 | rransom@sidley.com<br>Mitchell Santos (SBN 332849) |
| 9 | mitchell.santos@sidley.com<br>SIDLEY AUSTIN LLP |
| 10 | 555 West Fifth Street<br>Los Angeles, CA 90013 |
| 11 | Telephone: (213) 896 6000<br>Facsimile: (213) 896 6600 |
| 12 | Attorneys for Defendants |
| 13 | WARNER RECORDS INC. and RHINO ENTERTAINMENT COMPANY |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT YOAKAM, an individual, | Case No. 2:21-cv-1165-SVW (MAA) |
| Plaintiff, | Assigned to the Hon. Stephen V. Wilson |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| WARNER RECORDS INC., a Delaware corporation; and RHINO ENTERTAINMENT COMPANY, a Delaware corporation, | |
| Defendants. | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dwight Yoakam and Defendants Warner Records Inc. and Rhino Entertainment Company, through their respective counsel of record, stipulate to dismissal with prejudice of this action in its entirety, with each party to bear its own costs, expenses, and attorneys' fees.

DATED: March 3, 2022        KING & BALLOW

By: */s/ Richard Busch*
    Richard Busch

Attorney for Plaintiff
DWIGHT YOAKAM

DATED: March 3, 2022        SIDLEY AUSTIN LLP

By: */s/ Rollin A. Ransom*
    Rollin A. Ransom

Attorneys for Defendants
WARNER RECORDS INC. and
RHINO ENTERTAINMENT COMPANY

The filer, Rollin A. Ransom, attests that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

By: */s/ Rollin A. Ransom*
    Rollin A. Ransom